**[813mrsap]** [Order–MRSAP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09–bk–11865–CPM
Chapter 13

Pavel Roshten
12144 Saragossa Ln
North Port, FL 34287

Tamara A Roshten
12144 Saragossa Ln
North Port, FL 34287

_____Debtor(s)_____/

ORDER ON BAC HOME LOAN SERVICING
MOTION FOR RELIEF FROM STAY AND/OR FOR ADEQUATE PROTECTION

THIS CASE came on for consideration of the Motion for Relief and/or for Adequate Protection (Document Number 27 ) ("Motion") filed on October 22, 2009 by BAC Home Loan Servicing ("Creditor"). On July 01, 2009 , the Court entered an Order Establishing (1) Duties of Trustee and Debtor, (2) Plan Confirmation Procedures, (3) Requirements for Debtor's Compliance, (4) Procedures for Allowance of Administrative Expense, and (5) Procedures for Adequate Protection Payments to Secured Creditor (Doc. No. 19 ) ("Order Establishing Procedures for Adequate Protection"). It appears from a review of the Motion that it should be denied based on the entry of the Order Establishing Procedures for Adequate Protection. Accordingly, it is

ORDERED:

1. The parties are directed to comply with the terms of the Order Establishing Procedures for Adequate Protection.

2. The Court finds that the Creditor will be adequately protected pursuant to the terms of the Order Establishing Procedures for Adequate Protection, provided that the Creditor complies with its duties thereunder, to include filing a proof of claim.

3. If the Collateral has been surrendered or if the Debtor has agreed to surrender the Collateral, then Counsel for Creditor is directed to furnish to the Court a proposed order granting the Creditor in rem relief from stay to exercise its rights with respect to the Collateral together with an affidavit stating that the Collateral has been surrendered or that the Debtor has agreed to surrender the Collateral.

4. The automatic stay of Section 362(a) will remain in effect until further order of the Court.

DONE AND ORDERED on October 26, 2009 .

_____
Catherine Peek McEwen
United States Bankruptcy Judge